AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
Western District of Washington

FILED
LODGED
ENTERED
RECEIVED
MAY 13 2011
CLERK  AT SEATTLE
U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>12614 NE 140th St, Kirkland, Washington | )<br>)<br>)  Case No.  MJ11-192-1<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Western     District of     Washington    
*(identify the person or describe the property to be searched and give its location)*:
12614 NE 140th St, Kirkland, Washington. This is a single-family two story house, which is more fully described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B for a list of items to be searched for and seized, which in incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     MAY 10, 2011    
                                                                      *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
        Any United States Magistrate Judge         .
                          *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.

                                ☐ until, the facts justifying, the later specific date of _____ .

| | |
|---|---|
| Date and time issued:    26 April 2011<br>                 10:55 a.m. | *James P. Donohue*<br>              *Judge's signature*<br>          James P. Donohue |
| City and state:    Seattle, Washington | Brian A. Tsuchida, United States Magistrate Judge<br>            *Printed name and title* |

2010R00984

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: MJ11-192 | Date and time warrant executed: 4/28/2011  1030 | Copy of warrant and inventory left with: at location, none present |
| Inventory made in the presence of : SA Todd Rignel | | |
| Inventory of the property taken and name of any person(s) seized: | | |
| See attached CBP-Form-6051 | | |

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.  5/13/2011


Date: 5/13/2011

_____
Executing officer's signature

SA Andrea Lassek
Printed name and title

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

4644910

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. | | |
|---|---|---|---|
| 3. Investigative Case No. | 4. Enforce No. | | |
| 5. Prior Detention?  Yes ☐  No ☐   If yes, CBP 6051D No._____ | 6. Date Seized (mm/dd/yyyy)  /    / | 7. Time Seized (Use 24 Hrs) | 8. FDIN/Misc. |
| 9. Seized From:  Name: _Jacob Stoart_ | 10. Entry No. | | 11. Seal or Other ID Nos. |
| Address: _12614 NE 140th St. Kirkland_ | 12. Remarks: | | |
| Telephone No. (   )          Ext: | | | |
| 13. Send Correspondence to: | | | |

### 14. PROPERTY ( By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 5 | Smith/Wesson .22 pistol | 1 | bg | | | $ |
| 6 | .22 ammo | 1 | bg | 1 | box | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer  _Todd Rigrel_  Print Name | x  _[signature]_  Signature | _4/28/11_  Date |
|---|---|---|

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 5 | Smith & Wesson .22 Pistol | SIA Nate Bryson | [signature] | 4/28/11 |
| 6 | .22 ammo | SIA Nate Bryson | [signature] | 4/28/11 |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached?  Yes ☐  No ☐

CBP Retains Original

CBP Form 6051S (03/04)

# DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection

4644909

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | | 2. Incident No. | |
|---|---|---|---|
| 3. Investigative Case No. | | 4. Enforce No. | |

| 5. Prior Detention? Yes ☐  No ☐   If yes, CBP 6051D No._____ | 6. Date Seized (mm/dd/yyyy) 4 / 28 / 11 | 7. Time Seized (Use 24 Hrs) 1100 | 8. FDIN/Misc. |
|---|---|---|---|

**9. Seized From:**
Name: Jacob Stuart
Address: 12614 NE 140th St.
Kirkland

Telephone No. (   )        Ext:

**10. Entry No.**

**11. Seal or Other ID Nos.**

**12. Remarks:**

**13. Send Correspondence to:**

### 14. PROPERTY ( By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 4 | Laptop-HP Pavilion | 1 | | 1 | ea | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

**15. Seizing Officer**
Todd Rignel       x   [signature]          /  /
Print Name            Signature              Date

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 4 | LAPTOP - HP PAVILION | S/A Nick Bryson | [signature] | 4/28/11 |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached?  Yes ☐  No ☐

CBP Retains Original

CBP Form 6051S (03/04)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

4644908

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. | |
|---|---|---|
| 3. Investigative Case No. | 4. Enforce No. | |

| 5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No._____ | 6. Date Seized (mm/dd/yyyy) 4/28/2011 | 7. Time Seized (Use 24 Hrs) 1100 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: Jacob Stuart  Address: 12614 NE 140th St. Kirkland  Telephone No. ( ) Ext: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| | 12. Remarks: | |

13. Send Correspondence to:

## 14. PROPERTY ( By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 1 | Misc Docs | 4 | bags | | | $ |
| 2 | Phones | | | 2 | ea | $ |
| 3 | Money Wraps | 2 | bags | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer Todd Rignel | x [signature] | 4/28/11 |
|---|---|---|
| Print Name | Signature | Date |

## 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 1-3 | Docs, Phones, Money Wraps | S/A Nrac Rysow | [signature] | 4/28/11 |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

CBP Retains Original

CBP Form 6051S (03/04)