AO 93 (Rev. 12/09) Search and Seizure Warrant                    *Supplemental*

FILED        ENTERED
LODGED       RECEIVED

# UNITED STATES DISTRICT COURT

**JUL 19 2011**

for the

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Western District of Washington

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

12614 NE 140th St, Kirkland, Washington

)
)
)
)
)
)

Case No.  MJ11-192-1

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location):*
12614 NE 140th St, Kirkland, Washington. This is a single-family two story house, which is more fully described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B for a list of items to be searched for and seized, which in incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____*M AY 10, 2011*_____
                                                                                                         *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been
                                                                                established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____Any United States Magistrate Judge_____ .
                              *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                                              ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  _____*26 April 2011*_____          _____*James P. Donohue*_____
                                      *10:55 a.m.*                                      *Judge's signature*

City and state:    Seattle, Washington _____          Brian A. Tsuchida, United States Magistrate Judge
                                                                              *Printed name and title*

2010R00984

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>MJ11-192-1 | Date and time warrant executed:<br>4/28/2011   1030 | Copy of warrant and inventory left with:<br>at location, none present |
| Inventory made in the presence of :<br>SA Todd Kinner | | |
| Inventory of the property taken and name of any person(s) seized: | | |

See attached CBP-FORM-6051

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
Executing officer's signature

_____
Printed name and title

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

4644910

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | | 2. Incident No. | | |
|---|---|---|---|---|
| 3. Investigative Case No. | | 4. Enforce No. | | |
| 5. Prior Detention? Yes ☐ No ☐   If yes, CBP 6051D No._____ | | 6. Date Seized (mm/dd/yyyy)  /  / | 7. Time Seized (Use 24 Hrs) | 8. FDIN/Misc. |
| 9. Seized From: Name: Jacob Stoart  Address: 12614 NE 140th St.  Kirkland  Telephone No. (   )        Ext: | | 10. Entry No. | | 11. Seal or Other ID Nos. |
| | | 12. Remarks: | | |
| 13. Send Correspondence to: | | | | |

**14. PROPERTY ( By Line Item) Attach CBP Form 58 if conveyance**

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 5 | Smith/Wesson .22 pistol | 1 | bg | | | $ |
| 6 | .22 ammo | 1 | bg | 1 | box | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Todd Rignel | x | [signature] | 4/28/11 |
| Print Name | | Signature | Date |

**16. ACCEPTANCE / CHAIN OF CUSTODY**

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 5 | Smith & Wesson .22 pistol | SLA Nick Bryson | [signature] | 4/28/11 |
| 6 | .22 ammo | SLA Nick Bryson | [signature] | 4/28/11 |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached?  Yes ☐  No ☐

CBP Retains Original

CBP Form 6051S (03/04)

# DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection

4644909

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | | 2. Incident No. | | | |
|---|---|---|---|---|---|

| 3. Investigative Case No. | | 4. Enforce No. | |
|---|---|---|---|

| 5. Prior Detention?<br>Yes ☐   No ☐   If yes, CBP 6051D No._____ | 6. Date Seized (mm/dd/yyyy)<br>4 / 28 / 11 | 7. Time Seized (Use 24 Hrs)<br>1100 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From:<br>Name: Jacob Stuart<br><br>Address: 12614 NE 140th St.<br>Kirkland<br><br>Telephone No. (   )          Ext: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| | 12. Remarks: | |

13. Send Correspondence to:

### 14. PROPERTY ( By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 4 | Laptop-HP Pavilion | 5 | | 1 | ea | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | |
|---|---|---|
| Todd Rignel | x _____ | / / |
| Print Name | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 4 | LAPTOP - HP PAVILION | S/A Nick Brysen | | 4/28/11 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached?   Yes ☐   No ☐

CBP Retains Original

CBP Form 6051S (03/04)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

4644908

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| | |
|---|---|
| **1. FPF No.** ☐☐☐☐☐☐☐☐☐☐☐☐☐ | **2. Incident No.** ☐☐☐☐☐☐☐☐☐☐☐☐☐ |
| **3. Investigative Case No.** ☐☐☐☐☐☐☐☐☐☐☐☐☐ | **4. Enforce No.** ☐☐☐☐☐☐☐☐☐☐☐☐☐ |

| | | |
|---|---|---|
| **5. Prior Detention?** Yes ☐ No ☐ If yes, CBP 6051D No._____ | **6. Date Seized (mm/dd/yyyy)** 4/28/2011 | **7. Time Seized (Use 24 Hrs)** 1100 | **8. FDIN/Misc.** |

**9. Seized From:**
Name: Jacob Stuart
Address: 12614 NE 140th St.
Kirkland
Telephone No. ( )    Ext:

**10. Entry No.**

**11. Seal or Other ID Nos.**

**12. Remarks:**

**13. Send Correspondence to:**

## 14. PROPERTY (By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 1 | Misc Docs | 4 | bags | | | $ |
| 2 | Phones | | | 2 | ea | $ |
| 3 | Money Wraps | 2 | bags | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

**15. Seizing Officer** Todd Rignel (Print Name)    x (Signature)    4/28/11 (Date)

## 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 1-3 | Docs, Phones, Money Wraps | S/A Nick Bryson | | 4/28/11 |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached?  Yes ☐  No ☐

CBP Retains Original

CBP Form 6051S (03/04)

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>MJ11-192-1 | Date and time warrant executed:<br>4/28/2011   1030 | Copy of warrant and inventory left with:<br>at location  no one present |
| Inventory made in the presence of :<br>HSI SA Todd Riguel | | |

Inventory of the property taken and name of any person(s) seized:

In addition to the items on the previous
return, the items listed on the attached
CBP form 6051 were also taken —
— See attached —

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original
warrant to the designated judge. (most)

Date: 7/19/2011

_____
(Executing officer's signature)

Andrea Lassiter  SA
Printed name and title

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

4644911

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|

| 5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No._____ | 6. Date Seized (mm/dd/yyyy) / / | 7. Time Seized (Use 24 Hrs) | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: Jacob Stuart Address: 12614 NE 140th St. Kirkland, WA | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| | 12. Remarks: | |

Telephone No. ( )     Ext:

13. Send Correspondence to:

### 14. PROPERTY ( By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 6 | Misc Docs | 2 | box | 1 | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer Todd R. Grell  Print Name | x  Signature | 4/28/11  Date |
|---|---|---|

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 6 | Misc Docs | Megan Pollock DHS FBI | Megan Pollock | 4/28/11 |
| 6 | Misc docs | Andrea Larson SA DHS | | 8/19/2011 |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

CBP Retains Original

CBP Form 6051S (03/04)